IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**SHERWOOD SIMMONS**   **PLAINTIFF**

**V.**   **Case No. 1:14-cv-00022 KGB/JTR**

**JACKSON COUNTY ARKANSAS; and**
**BROCK, Chief Deputy**   **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 7). No objections have been filed, and the time for filing objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Pursuant to 28 U.S.C. § 1915A, this case is dismissed without prejudice for failing to state a claim on which relief may be granted.

2. Dismissal of this action constitutes a strike, as defined by 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 18th day of February, 2015.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE